1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11     FRED F. ORELLANA,                           No.  2:14-cv-2282 CKD P

12                    Plaintiff,

13          v.                                      ORDER

14     CDCR, et al.,

15                    Defendant.

16

17          By order filed October 28, 2014, plaintiff's complaint was dismissed for failure to state a

18     claim and thirty days leave to file an amended complaint was granted.  The thirty day period has

19     now expired, and plaintiff has not filed an amended complaint.  Rather, he has filed a motion

20     seeking to have this action transferred to state court so that he may proceed on a negligence claim

21     (ECF No. 10), a request outside the scope of this court's duties.  Plaintiff has consented to this

22     court's jurisdiction pursuant to 28 U.S.C. § 636(c) and Local Rule 302.

23          Accordingly, IT IS HEREBY ORDERED that:

24          1.  Plaintiff's motion for removal (ECF No. 10) is denied; and

25          2.  This action is dismissed with prejudice for failure to state a claim.

26     Dated:  December 9, 2014

27     _____
       CAROLYN K. DELANEY
28     2 / orel2282.fta                            UNITED STATES MAGISTRATE JUDGE